**Criminal Case Cover Sheet**                                    **U.S. District Court**

**Place of Offense:**

City _____Hagatna_____

Country/Parish ____N/A____

**Related Case Information:**

Superseding Indictment _____ Docket Number **08-00039**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name _____Rogina Kearney_____

Allisas Name _____

Address _____

_____Santa Rita, GU_____

RECEIVED
JUL 22 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Birth date __XX/XX/1982__ SS# __XXX-XX-1976__ Sex __F__ Race __BL__ Nationality __US__

**U.S. Attorney Information:**

SAUSA ___Ryan M. Anderson___

Interpreter: __X__ No ____ Yes     List language and/or dialect: __N/A__

**Location Status:**

Arrest Date __29 June 08__

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ____3____     ____ Petty __X__ Misdemeanor ____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 U.S.C. § 641 | THEFT OF GOVERNMENT PROPERTY | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(Continued on reverse)

Date: __22 Jul 08__     Signature of SAUSA: _[signature] Ry M. And___