LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
**DISTRICT COURT OF GUAM**

JUL 22 2008

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00039 |
| Plaintiff, | |
| vs. | **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS** |
| ROGINA KEARNEY, | |
| Defendant. | |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, ROGINA KEARNEY, based on an Information filed charging the defendant with one count of Theft of Government Property in violation of Title 18, United States Code, Section 641.

Respectfully submitted this 22nd day of July, 2008.

          LEONARDO M. RAPADAS
          United States Attorne
          Districts of Guam and NMI

By: _/s/ Ryan M. Anderson_
     RYAN M. ANDERSON
     Special Assistant U.S. Attorney