LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>ROGINA KEARNEY,<br><br>        Defendant. | CRIMINAL CASE NO. 08-00039<br><br>**ORDER**<br><br>**Re: July 22, 2008<br>Request for Summons** |

**IT IS HEREBY ORDERED** that the Clerk of Court issue a summons for the above-named defendant to appear before this Honorable Court on Thursday, July 24, 2008, at 4:00 p.m.

                                                        /s/ Joaquin V.E. Manibusan, Jr.
                                                          U.S. Magistrate Judge
                                                           **Dated: Jul 23, 2008**