**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-08-00039　　　　　　　　　　　DATE: July 24, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Geraldine A. Cepeda　　　　Court Recorder: Carmen B. Santos
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 4:22:03 - 4:30:32

**APPEARANCES:**

Defendant: Rogina Kearney　　　　　　　Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Andrew Henderson　　　　U.S. Agent:
U.S. Probation: Carmen O'Mallan
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on an Information and Arraignment**

- Financial Affidavit reviewed and accepted: <u>Federal Public Defender</u> appointed to represent the defendant.
- Defendant waives reading of <u>Information</u>.
- Defendant waives her right to trial, judgment and sentencing by a district judge and consents to proceed before the U.S. Magistrate Judge.
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Plea entered: <u>Not guilty</u>
- Trial Scheduling Order executed.
- Trial set for <u>September 22, 2008 at 9:30 a.m.</u>
- Defendant released.

NOTES: