DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**ROGINA KEARNEY,**<br><br>　　　　　Defendant. | CRIMINAL CASE   NO. 08-00039<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **the FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case nunc pro tunc to July 23, 2008.

Dated this 24th day of July 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge