AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

FILED
DISTRICT COURT OF GUAM
JUL 25 2008
JEANNE G. QUINATA
Clerk of Court

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| ROGINA KEARNEY | Case Number: CR-08-00039-001 |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Thursday, July 24, 2008 at 4:00 p.m. |

To answer a(n)
☐ Indictment   **X** Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Theft of Government Property, 18 U.S.C. § 641

RECEIVED
US MARSHALS SERVICE-GUAM

ORIGINAL

**MARILYN B. ALCON; Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**July 23, 2008**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]  Date  7/24/08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 3rd Floor District Court, Hagatna GU 96910 Room 302

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  7/24/08
Date

_Jack Salas_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.