JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ROGINA KEARNEY

FILED
DISTRICT COURT OF GUAM
SEP 12 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-00039 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE TRIAL |
| | ) | DATE |
| vs. | ) | |
| | ) | |
| ROGINA KEARNEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the trial currently set for September 22, 2008, be continued for at least 30 days to a date convenient for the court. This request is made on the basis that the defendant is being considered for the pretrial diversion program. Because further investigation is still pending, a final determination as to whether the defendant qualifies for the pretrial diversion has not been made at this time. It is further stipulated and agreed by and between the parties, that the period of time

between September 22, 2008, and the rescheduled trial date shall be excluded under the Speedy Trial Act on the basis that the ends of justice outweighs the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, September 11, 2008.

_____
RICHARD P. ARENS
Attorney for Defendant
ROGINA KEARNEY

_____
ANDREW H. HENDERSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

2